Jeffrey Palmer, State Bar No. 229314
Jeff.Palmer@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Ave, 5th Floor
East Palo Alto, California 94303
Telephone: 415.655.1267
Facsimile: 415.707.2010

Attorneys for Defendants MICHAEL CULLETON and MORGAN STANLEY SMITH BARNEY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SHEILA MCINTOSH, an individual,

Plaintiff,

vs.

MICHAEL CULLETON, an individual; and MORGAN STANEY SMITH BARNEY LLC, a foreign limited liability company,

Defendants.

CASE NO. 3:26-cv-01374-AGT

**ORDER GRANTING DEFENDANTS MORGAN STANLEY SMITH BARNEY LLC AND MICHAEL CULLETON'S UNOPPOSED MOTION TO COMPEL FINRA ARBITRATION AND STAY PROCEEDINGS**

Hon. Alex G. Tse

Action Filed: February 17, 2026
Trial Date: None Set

**ORDER**

The Unopposed Motion to Compel FINRA Arbitration and Stay Proceedings (the "Motion") brought by Defendants MORGAN STANLEY SMITH BARNEY LLC and MICHAEL CULLETON (the "Defendants") is granted.

1. Plaintiff Shiela McIntosh shall submit her claims to binding arbitration in the forum provided by the Financial Industry Regulatory Authority ("FINRA"); and

2. This action is stayed pending completion of the ordered arbitration proceedings.

**IT IS SO ORDERED.**

Dated: July 23, 2026

Hon. Alex G. Tse
United States Magistrate Judge